IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY LIFE** | § | |
| **INSURANCE CO. and** | § | **PLAINTIFFS/COUNTER-DEFENDANTS** |
| **JOHN AND JANE DOE A-D** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 1:06cv959 LG-RHW** |
| | § | |
| **CHRISTA WILLIAMS** | § | **DEFENDANT/COUNTER-PLAINTIFF** |

## JUDGMENT

The Court finds that in accord with the Order entered on February 21, 2008,

**IT IS ORDERED AND ADJUDGED** that this lawsuit shall be finally dismissed. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE